ORIGINAL

FILED
HARRISBURG, PA

JUN 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CINDY L. RIGG, | : |  |
| Plaintiff | : | CIVIL ACTION NO.: 4:CV-01-0967 |
|  | : |  |
| vs. | : | JUDGE McCLURE |
|  | : |  |
| COUNTY OF DAUPHIN, | : |  |
| DAUPHIN COUNTY SHERIFF'S | : |  |
| DEPARTMENT and | : | JURY TRIAL DEMANDED |
| RALPH McALLISTER, | : |  |
| Defendants | : |  |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants, County of Dauphin, Dauphin County Sheriff's office and Ralph McAllister, only.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG &
PATTERSON, P.C.

Date: 6/ 20/01

By:
Frank J. Lavery, Jr., Esquire
Attorney I.D. 42370
P.O. Box 1245
Harrisburg, PA  17108-1245
(717) 233-6633
Attorneys for Defendants,
County of Dauphin, Dauphin
County Sheriff's Department and
Ralph McAllister

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 30th day of June, 2001, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Spero T. Lappas, Esquire
Law Offices of Spero T. Lappas
208 State Street
Harrisburg, PA 17101


Linda L. Gustin