Ⓐ
6/25/01
SC

ORIGINAL

FILED
HARRISBURG

JUN 22 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. RIGG, | : |
|     Plaintiff | : CIVIL ACTION NO.: 4:CV-01-0967 |
| | : |
| vs. | : JUDGE McCLURE |
| | : |
| COUNTY OF DAUPHIN, | : |
| DAUPHIN COUNTY SHERIFF'S | : |
| DEPARTMENT and | : JURY TRIAL DEMANDED |
| RALPH McALLISTER, | : |
|     Defendants | : |

## AMENDED CERTIFICATE OF CONCURRENCE

I, Frank J. Lavery, Jr., hereby certify that I am counsel for Defendants in this matter and that I spoke to Plaintiff's counsel, Spero Lappas, on June 21, 2001 by telephone and that during that conversation, Mr. Lappas expressed his concurrence with the requested extension of time to respond to Plaintiff's Complaint.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 6/22/01

By: _____
Frank J. Lavery, Jr., Esquire
Attorney I.D. 42370
P. O. Box 1245
Harrisburg, PA  17108-1245
(717) 233-6633
Attorneys for Defendants,
County of Dauphin, Dauphin
County Sheriff's Department and
Ralph McAllister

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 22nd day of June, 2001, I served a true and correct copy of the foregoing AMENDED CERTIFICATE OF CONCURRENCE via U.S. First Class mail, postage prepaid, addressed as follows:

Spero T. Lappas, Esquire
Law Offices of Spero T. Lappas
205 State Street
P.O. Box 808
Harrisburg, PA  17108-0808

_Linda L. Gustin_
Linda L. Gustin