

6/27/01
KF

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CINDY L. RIGG,  :
    Plaintiff  : CIVIL ACTION NO.: 4:CV-01-0967
  :
vs.  : JUDGE McCLURE
  :
COUNTY OF DAUPHIN,  :
DAUPHIN COUNTY SHERIFF'S  :
DEPARTMENT and  : JURY TRIAL DEMANDED
RALPH McALLISTER,  :
    Defendants  :

FILED
WILLIAMSPORT
JUN 2 7 2001
PER ___KF___
    DEPUTY CLERK

### O R D E R #1

AND NOW, this 27th day of June, 2001, upon consideration of the within Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby ORERED and DECREED that Defendants shall have twenty (20) additional days to respond to Plaintiff's Complaint.

BY THE COURT:

_____
James F. McClure, Jr.
U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re:  4:01-cv-00967   Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA  17108-0808

Frank J. Lavery Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
P.O. Box 1245
Harrisburg, PA  17108-1245      Fax No.: 717-233-7003

cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____      ( )

MARY E. D'ANDREA, Clerk


DATE: 6/27/01                           BY: KFry
                                            Deputy Clerk