IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CINDY L. RIGG,                   :       4:CV-01-0967

       Plaintiff           :       (Judge McClure)

   v.                            :

COUNTY OF DAUPHIN,               :
DAUPHIN COUNTYSHERIFF'S
DEPARTMENT and                   :
RALPH McALLISTER,
                                 :
       Defendants



**FILED**
WILLIAMSPORT

JUN 2 7 2001

PER ____KF____
       DEPUTY CLERK

O R D E R   (#2)

June 27, 2001

**IT IS ORDERED THAT:**

1.   An **initial case management conference** will be held at August 10, 2001 at 9:15 a.m.  The conference will be held by telephone conference call unless otherwise agreed by all counsel or otherwise ordered by the court.  If all counsel desire an in chambers conference, plaintiff's counsel shall so notify the court in writing.  Judge's chambers are located on the Fourth Floor (Room 410), Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

2.   At least one attorney for each party shall participate in the conference, be fully familiar with the case, be fully authorized to make decisions in the case, have full authority to effectuate a complete settlement, and otherwise comply with Local

1

Rule LR 16.2.

3.   Plaintiff's counsel shall arrange for the conference call.  (Chamber's telephone number is 570-323-9772.)

    3.1  All counsel shall be ready to proceed when my office is contacted.

    3.2  If the conference is held by telephone conference call, no counsel shall be permitted to attend in person.

4.   Local Rule LR 16.3 requires lead counsel for each party to meet prior to the initial case management conference and complete a "Joint Case Management Plan" form . **The completed form, which is set forth in Appendix B of the local rules, must be filed at least five days prior to the conference.** Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

5.   Counsel shall note that this district has not opted-out of Federal Rule of Civil Procedure 26.  The form for the joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation of discovery contained in the first sentence of Rule 26(d).  Counsel may, therefore, commence formal discovery at any time.  Counsel shall not cease active discovery pending disposition of a motion to dismiss.

6.  Topics to be discussed at the initial case management conference will include the following:

    6.1  Settlement of the entire case;

    6.2  All matters set forth in the completed Joint Case Management Plan;

    6.3  Such other matters as may be conducive to the just, speedy and inexpensive resolution of the case.

7.  Parties proceeding without counsel are subject to the same obligations as counsel.

8.  It is suggested that the parties consider referral of the case to a United States Magistrate Judge for disposition. See 28 U.S.C. §636(c); Fed.R.Civ.P. 73, Form 34; Local Rule LR 73.1(e); Joint Case Management Plan form, paragraph 3.0.

9.  No courtesy copies of documents shall be sent directly to the undersigned judge.

10. No document may be faxed to the clerk's office without express permission obtained in advance from the judge or his secretary or law clerk, which permission shall be limited to each document request, unless otherwise indicated.

11. As a general practice, the court will take no action based on correspondence. Counsel must adhere to the motion practice set forth in the rules.

12. To reduce delays in mailing documents between divisional offices, it is recommended that all future pleadings be filed in the Clerk's Office in **Williamsport** at the following address: United States District Court Clerk's Office, 240 West Third Street, Suite 218, Williamsport, PA 17701-6460.

13. Please note that the Rules of Court for the United States District Court for the Middle District of Pennsylvania were last amended as of August 16, 1999. A copy of the current Local Rules may be obtained from the Clerk of the Court by writing: United States District Court Clerk's Office, 240 West Third Street, Suite 218, Williamsport, PA 17701-6460. The Local Rules are also posted on the District's website at www.pamd.uscourts.gov.

James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re:  4:01-cv-00967    Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA   17108-0808

Frank J. Lavery Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
P.O. Box 1245
Harrisburg, PA   17108-1245      Fax No.: 717-233-7003

cc:
Judge                          ( )           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE: ___6/27/01___                                        BY: ___KF___
                                                                Deputy Clerk