**ORIGINAL** mag/mgser   **FILED**
HARRISBURG, PA

## WAIVER OF SERVICE OF SUMMONS

AUG 03 2001

TO:   Spero T. Lappas, Esq.
(Name of plaintiff's attorney or pro se plaintiff)

MARY E. D'ANDREA CLERK
Per _____
   Deputy Clerk

   I acknowledge receipt of your request that I waive service of a summons in the action of ___Riggs___ vs. ___Dauphin County, et al.___, which is case number ___4:01-CV-0967___ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provide by Rule 4.

   I ( or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after___June 8, 2001___(date request was sent), or within 90 days after that date if the request was sent outside the United States.

___June 21, 2001___
Date

___[signature]___
Signature

Printed/Typed Name:   ___Michael J. Kane___

Title, if any:   ___Attorney at law___

Address:   ___3300 Trindle Rd.___

___Camp Hill, PA 17011___

For Corporation, if any:   _____

Representing defendant(s) if any:   ___Ralph McAlister___