IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MINUTES OF CONFERENCE

Rigg v. County of Dauphin, et al.
4:CV-01-0967
08/10/01

Hon. James F. McClure, Jr., Presiding, in Chambers, Williamsport, PA
Nature of Conference: Initial case management conference - telephone conference call
Time Commenced: 9:15 AM    Time Terminated: 9:30 AM

PARTICIPANTS

**Plaintiff(s):**
✓ Spero T. Lappas, Esq.

**Defendant(s):** ✓ James Young
   Frank J. Lavery, Jr., Esq.
✓ Michael J. Kane, Esq.

**Remarks:**
Compl. — sexual discrim., etc. — filed 5/31/01 —
ct. 1 — Cty of Dauphin    Reviewed Jms.
2 — McAllister          (pp. 8, 9 + 10)
3 — Sheriff Dept.
5/02 T/list — trial in Hby.
Lappas to file a consolid. brief in oppos. to
2 df m/d when second one is due.

ID 25L8208

FILED
WILLIAMSPORT, PA
AUG 10 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

_____ deputy clerk