IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY L. RIGG, | : | 4:CV-01-0967 |
| Plaintiff | : | (Judge McClure) |
| v. | : | |
| COUNTY OF DAUPHIN, DAUPHIN COUNTY SHERIFF'S DEPARTMENT and RALPH McALLISTER, | : | FILED WILLIAMSPORT, PA |
| Defendants | : | AUG 1 0 2001 |

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

August 10, 2001

**BACKGROUND:**

An initial case management conference was held by telephone conference call on August 10, 2001. Participating in the conference, in addition to the undersigned judge, were Spero T. Lappas, Esquire, attorney for plaintiff, and James D. Young, Esquire, and Michael J. Kane, Esquire, attorneys for defendants.

The court reviewed with counsel the Joint Case Management Plan.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. **Case Management Track.** The case is placed on a standard case management track.

2. **Extensions.** Requests for extensions of the following time periods will not be granted except under exceptional

1

circumstances and must comply with Local Rule 7.5. Furthermore, all requests for extensions of the discovery deadline must be made at least fifteen (15) days prior to the expiration of the discovery period.

3. **Trial list.** The case is placed on the May 2002 Harrisburg trial list.

4. **Alternative Dispute Resolution.** Counsel shall contact the court if and when they wish to engage in mediation or any other form of alternative dispute resolution.

5. **Discovery.** All fact discovery shall be completed on or before January 2, 2002.

    5.1 Without leave of court, or stipulation, the parties will be limited to the following:

| | | |
|---|---|---|
| Depositions | Plaintiff - | 10 |
| | Defendants- | 10 each |
| Interrogatories | Plaintiff - | 25 |
| | Defendants- | 25 each |
| Individual document requests | Plaintiff - | 30 |
| | Defendants- | 30 each |
| Requests for admission | Plaintiff - | 25 |
| | Defendants- | 25 each |

6. **Dispositive motions.** All motions for judgment on the pleadings or for summary judgment shall be filed on or before February 1, 2002; the supporting brief shall be filed contemporaneously with the motion.

7. **Expert witnesses.** The parties do not plan using any expert witnesses. If those plans change, counsel shall promptly notify the court and other counsel, and the scheduling order will be adjusted accordingly.

8. **Motions in limine.** All motions in limine, shall be filed on or before March 4, 2002, with supporting briefs attached. All opposing briefs shall be filed on or before March 18, 2002. No reply briefs are permitted.

9. **Final pretrial/settlement conference.** A final pretrial/settlement conference will be held on March 21, 2002, at a time to be announced, in Chambers, Fourth Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

10. **Jury trial.** Trial will be held in Harrisburg, and will commence immediately after jury selection. An attempt to schedule trial dates will be made at the final pretrial/settlement conference.

11. **Courtesy copies.** No courtesy copies of documents shall be sent directly to the undersigned judge.

12. **Facsimile transmission.** No document may be faxed to chambers or to the clerk's office without express permission obtained in advance from the judge or his secretary or law clerk, which permission shall be limited to each document request, unless otherwise indicated.

3

13. **Correspondence.** As a general practice, the court will take no action based on correspondence. Counsel must adhere to the motion practice set forth in the rules.

14. **Filings.** To reduce delays in mailing documents between divisional offices, it is recommended that all future pleadings be filed in the Clerk's Office in **Williamsport** at the following address: United States District Court Clerk's Office, 240 West Third Street, Suite 218, Williamsport, PA 17701-6460.

15. **Joint Case Management Plan.** Plaintiff is directed to forward to the Clerk's Office in Williamsport original pages 8, 9 and 10 of the Joint Case Management Plan to provide a complete original.

_____
James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 10, 2001

Re:  4:01-cv-00967   Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

>   Spero T. Lappas, Esq.
>   205 State St.
>   PO Box 808
>   Harrisburg, PA  17108-0808
>
>   Frank J. Lavery Jr., Esq.
>   LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
>   P.O. Box 1245
>   Harrisburg, PA  17108-1245       Fax No.: 717-233-7003
>
>   James D. Young, Esq.
>   Lavery & Associates, P.C.
>   301 Market Street
>   P.O. Box 1245
>   Suite 800
>   Harrisburg, PA  17108-1245
>
>   Michael J. Kane, Esq.
>   Kane and Mackin, LLP
>   3300 Trindle Road
>   Camp Hill, PA  17011-4432        Fax No.: 717-214-3703

cc:
Judge                      ( )           ( ) Pro Se Law Clerk
Magistrate Judge           ( )           ( ) INS
U.S. Marshal               ( )           ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )

```
Federal Public Defender    ( )
Summons Issued             ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen     ( )   PA Atty Gen  ( )
                                         DA of County    ( )   Respondents  ( )
Bankruptcy Court           ( )
Other_____( )
```

MARY E. D'ANDREA, Clerk

DATE: 8/10/01

BY: _____
Deputy Clerk