IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. RIGG,<br>    Plaintiff<br><br>v.<br><br>COUNTY OF DAUPHIN,<br>DAUPHIN COUNTY SHERIFF'S<br>DEPARTMENT,<br>RALPH McAlister,<br>    Defendants | : <br> : <br> :    CIV ACTION NO. 4:CV-01-0967<br> : <br> :    JURY TRIAL DEMANDED<br> : <br> : <br> : <br> : <br> : <br> :    (JUDGE McCLURE) |

ORDER

AND NOW THIS 13th DAY OF August, 2001, it is hereby ordered that the Plaintiff may file one consolidated Brief in opposition to Dauphin County and Dauphin County Sheriff's Motion to Dismiss, and Defendant McAllister's Motion to Dismiss or for Summary Judgement. The Plaintiff may file her Brief and related papers at such time as her Brief in Opposition to Defendant McAllister's motion would be due under the Local Rules.

_____
United States District Judge

FILED
WILLIAMSPORT, PA

AUG 1 3 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 13, 2001

Re:   4:01-cv-00967    Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA  17108-0808

Frank J. Lavery Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
P.O. Box 1245
Harrisburg, PA  17108-1245        Fax No.: 717-233-7003

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA  17108-1245

Michael J. Kane, Esq.
Kane and Mackin, LLP
3300 Trindle Road
Camp Hill, PA  17011-4432         Fax No.: 717-214-3703

cc:
Judge                    ( )              ( ) Pro Se Law Clerk
Magistrate Judge         ( )              ( ) INS
U.S. Marshal             ( )              ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )

```
Federal Public Defender    ( )
Summons Issued             ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )
Bankruptcy Court           ( )
Other_____ ( )
                                                        MARY E. D'ANDREA, Clerk

DATE: ___8/13/q___                               BY: _____
                                                        Deputy Clerk
```