

FILED
SCRANTON

NOV 27 2001

PER _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN G. KELLER, et al., | : |
|     Plaintiffs | : |
|     vs. | : CIVIL ACTION NO. 4:CV-01-00681 |
| SCOTT TOWNSHIP, et al., | : (JUDGE McCLURE) |
|     Defendant | : |

| | |
|---|---|
| CINDY L. RIGG, | : |
|     Plaintiff | : |
|     vs. | : CIVIL ACTION NO. 4:CV-01-00967 |
| COUNTY OF DAUPHIN PENNSYLVANIA et al., | : (JUDGE McCLURE) |
|     Defendants | : |

| | |
|---|---|
| LEWIS - RUSNAK, | : |
|     Plaintiff | : |
|     vs. | : CIVIL ACTION NO. 4:CV-00-1741 |
| ELWOOD - WILLIAMS, et al., | : (JUDGE McCLURE) |
|     Defendants | : |

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : |
|     Plaintiff | : |
|     vs. | : CIVIL ACTION NO. 4:CV-01-00066 |
| CHRISTOPHER M. HURLEY, | : (JUDGE McCLURE) |
|     Defendant | : |

### ORDER

NOW, THIS 27th DAY OF NOVEMBER, 2001, to relieve docket congestion and to further the goals of the just speedy and inexpensive resolution of litigation, **IT IS HEREBY**

**ORDERED THAT** the above-captioned matters are **RE-ASSIGNED** to the Honorable Sylvia J. Rambo.

_____
Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

O:\VANASKIE\CHIEFJUD\mcclure.reas

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 27, 2001

Re:  4:01-cv-00967   Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA   17108-0808

Frank J. Lavery Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
P.O. Box 1245
Harrisburg, PA   17108-1245     Fax No.: 717-233-7003

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA   17108-1245

Michael J. Kane, Esq.
3902 Golfview Drive
Mechanicsburg, PA   17050-2243

cc:
Judge                         ( )            ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:

11/27/01                                                        KW