㉔
12-20-0

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CINDY L. RIGG,
    Plaintiff          :    CIVIL ACTION NO. 4:CV-01-0967

    v.                    :    JURY TRIAL DEMANDED

COUNTY OF DAUPHIN,
DAUPHIN COUNTY SHERIFF'S
DEPARTMENT,
RALPH McALLISTER,
    Defendants       :    (JUDGE RAMBO)

FILED
HARRISBURG, PA
DEC 1 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

And now this __19__ day of December, 2001, it is herevby ordered that the discovery deadline be extended to April 1, 2002.

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:   1:01-cv-00967   Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
Harrisburg, PA   17108-0808

Frank J. Lavery Jr., Esq.
James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street Suite 800
Harrisburg, PA   17108-1245

Michael J. Kane, Esq.
3902 Golfview Drive
Mechanicsburg, PA   17050-2243

```
cc:
Judge                        (X)           ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: December 19th, 2001             BY: _____
                                           Deputy Clerk