IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CINDY L. RIGG,

        Plaintiff,

        v.

COUNTY OF DAUPHIN,
DAUPHIN COUNTY SHERIFF'S
 DEPARTMENT, and
RALPH MCALLISTER

        Defendants.

: CIVIL NO. 4:CV-01-0967
: JUDGE RAMBO



ORDER

AND NOW, this _____14_____ day of _____Jan._____, 2002, upon consideration of the MOTION TO WITHDRAW AS COUNSEL, the same is hereby GRANTED. Counsel is released from further representation of Defendant Ralph McAllister.

                              SO ORDERED

                              _____ J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00967    Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
Harrisburg, PA  17108-0808

Frank J. Lavery Jr., Esq.
James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street Suite 800
Harrisburg, PA  17108-1245

Michael J. Kane, Esq.
3902 Golfview Drive
Mechanicsburg, PA  17050-2243

cc:
Judge                   (X)         ( ) Pro Se Law Clerk
Magistrate Judge        ( )         ( ) INS
U.S. Marshal            ( )         ( ) Jury Clerk
Probation               ( )
U.S. Attorney           ( )
Atty. for Deft.         ( )
Defendant               ( )
Warden                  ( )
Bureau of Prisons       ( )
Ct Reporter             ( )
Ctroom Deputy           ( )
Orig-Security           ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE: January 14th, 2002          BY: _____
                                      Deputy Clerk