**METZGER, WICKERSHAM, KNAUSS & ERB, P.C.**
BY:  E. Ralph Godfrey, Esquire
Attorney I.D. No. 77052
3211 North Front Street
P.O. Box 5300
Harrisburg, PA 17110-0300
(717) 238-8187

Attorney for Defendant,
Ralph McAllister

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY L. RIGG, | : | CIVIL ACTION NO. 4:01-CV-0967 |
| Plaintiff | : | |
| | : | (JUDGE Rambo) |
| v. | : | |
| | : | **FILED** |
| COUNTY OF DAUPHIN, | : | JAN 2 4 2002 |
| DAUPHIN COUNTY SHERIFF'S | : | |
| DEPARTMENT, | : | PER ___ |
| RALPH MCALLISTER, | : | HARRISBURG, PA DEPUTY CL |
| Defendants | : | JURY TRIAL DEMANDED |

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of undersigned counsel on behalf of Defendant, Ralph McAllister.

METZGER, WICKERSHAM, KNAUSS & ERB, P.C.

By _____
E. Ralph Godfrey, Esquire
Attorney I.D. No. 77052
P.O. Box 5300
Harrisburg, PA 17110-0300
(717) 238-8187
Attorneys for Defendant,
Ralph McAllister

Dated: 1/22/02

*Document #: 225617.1*

## **CERTIFICATE OF SERVICE**

AND NOW, this _22_ day of January, 2002, I, E. Ralph Godfrey, Esquire, of Metzger, Wickersham, Knauss & Erb, P.C., attorneys for Defendant, Ralph McAllister, hereby certify that I served a copy of the within Praecipe for Entry of Appearance this day by depositing the same in the United States mail, postage prepaid, at Harrisburg, Pennsylvania, addressed to:

Spero T. Lappas, Esquire
Law Offices of Spero T. Lappas
P.O. Box 808
Harrisburg, PA 17108-0808

Frank J. Lavery, Jr., Esquire
Lavery, Faherty, Young & Patterson, P.C.
P.O. Box 1245
Harrisburg, PA 17108-1245

Michael J. Kane, Esquire
3902 Golfview Drive
Mechanicsburg, PA 17050-2243

_E. Ralph Godfrey_
E. Ralph Godfrey