(33)
3-21-02
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY L. RIGG, | : | |
| Plaintiff | : | CIVIL ACTION NO.: 4:CV-01-0967 |
| | : | |
| vs. | : | JUDGE RAMBO |
| | : | |
| COUNTY OF DAUPHIN, | : | |
| DAUPHIN COUNTY SHERIFF'S | : | |
| DEPARTMENT and | : | JURY TRIAL DEMANDED |
| RALPH McALLISTER, | : | |
| Defendants | : | |

FILED
MAR 2 1 2002
PER____MA
HARRISBURG, PA  DEPUTY CLERK

## ORDER

AND NOW, this 21 st day of March, 2002, upon consideration of defendant, County of Dauphin and Dauphin County Sheriff's Department's Concurred in Motion to Enlarge Time, it is hereby ordered, adjudged and decreed that said Motion is granted and moving defendants shall file their brief in support of their motion to dismiss plaintiff's amended complaint on or before Friday, March 22, 2002.

By the Court:

_____

YVETTE KANE
United States District Judge
on behalf of Judge Rambo