

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINDY L. RIGG,** | : | **CIVIL NO. 1:CV-01-0967** |
| Plaintiff | : | |
| v. | : | |
| **COUNTY OF DAUPHIN, DAUPHIN COUNTY SHERIFF'S DEPARTMENT, and RALPH McALLISTER,** | : | |
| Defendants. | : | |



## ORDER

Upon consideration of the motion for extension of time filed by Defendants County of Dauphin and Dauphin County Sheriff's Department, and noting the concurrence of all parties, **IT IS HEREBY ORDERED THAT:**

1) The motion is granted.

2) The deadline for completion of discovery is extended to May 31, 2002.

3) Dispositive motions <u>and</u> supporting briefs shall be filed no later than June 14, 2002.

4) All motions <u>in limine</u>, if any, accompanied by supporting briefs, shall be filed no later than August 5, 2002.

5) Pretrial memoranda shall be filed on or before **noon on August 23, 2002** in conformity with the local rules.

6) The pretrial conference is <u>rescheduled</u> from June 27, 2002 to Friday, August 30, 2002 at 9:00 a.m. in the chambers of Courtroom No. 3.

7) This case is removed from the July 2002 trial list and placed on the September trial list. Jury selection for cases on the September list will begin at 9:30 a.m. on Tuesday, September 3, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: April  /  , 2002.