③⑧
4-9-02
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CINDY L. RIGG,
    Plaintiff

    v.

COUNTY OF DAUPHIN,
DAUPHIN COUNTY SHERIFF'S
DEPARTMENT,
RALPH McALLISTER,
    Defendants

CIVIL ACTION NO. :CV-01-0967

JURY TRIAL DEMANDED

(JUDGE RAMBO)

FILED
HARRISBURG, PA
APR 9 2002
MARY E. D'ANDREA, CLERK
Per ___

## ORDER

AND NOW, this 9th day of April, 2002, upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ordered, adjudged and decreed that said Motion is granted and Plaintiff shall file the brief in opposition to Defendants, County of Dauphin and Dauphin County Sheriff's Department, motion to dismiss on or before Friday, April 12, 2002.

BY THE COURT:

Sylvia H. Rambo
United States District Justice