FILED
HARRISBURG, PA

APR 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

The Law Offices of SPERO T. LAPPAS
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania  17108-0808
(717) 238-4286
    By:  SPERO T. LAPPAS, Esquire
         Pa. Supreme Court identification no. 25745
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. RIGG,<br>     Plaintiff | |
| v. | CIV NO. 1:CV-01-0967<br><br>JURY TRIAL DEMANDED |
| COUNTY OF DAUPHIN,<br>DAUPHIN COUNTY SHERIFF'S<br>DEPARTMENT,<br>RALPH McAllister,<br>     Defendants | <br><br>Rambo<br><br>(JUDGE McCLURE) |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS DAUPHIN COUNTY'S AND DEFENDANT SHERIFF'S DEPARTMENT'S
MOTION TO DISMISS

The Defendants' motion to dismiss seeks to dismiss the quid pro quo, but not the hostile environment, claim against Dauphin County under Title VII; the Plaintiff's claim for punitive damages against the County defendants;

Page -1-

and the claim against the Sheriff's department as a separate defendant.[1] The Plaintiff agrees to the grant of this relief with the following provisos.

Although the Defendants' Brief on its face seeks to "dismiss the Plaintiff's Amended Complaint and enter judgement in favor of Moving Defendants" (pages 14-15) discussions between counsel for the parties have determined that the County defendants are not seeking the dismissal of the entire complaint against them, and that they do not attack the hostile environment claim in their Motion.[2]

With respect to the Sheriff's department as a separate defendant, the plaintiff will agree with that contention in the event that the county defendants are no longer claiming that the Plaintiff and the Defendant are employed by separate employers. However, the Plaintiff requests that the Sheriff be preserved as a defendant pending the filing of the County's answer to the amended complaint. If the County agrees that it employed both

---

[1] McAllister is not party to any motions to dismiss the Amended Complaint. He has filed an answer.

[2] The Plaintiff does not read her Amended Complaint to contain a <u>quid pro quo</u> claim against the county defendants, but it does contain a hostile environment claim at paragraph 19 and elsewhere.

the Plaintiff and McAllister, the Plaintiff will dismiss the Sheriff as a separate defendant.

The Plaintiff agrees to he dismissal of her claim for punitive damages against the County defendants.

Although the County argues extensively about the nature of McAllister's assult on the Plaintiff, it does not appear that the County raises this as a separate ground for relief.

WHEREFORE, the Plaintiff will agree to the dismissal of her punitive damage claim against the County, the dismissal of the Sheriff as a separate defendant when and if the County admits that it employed both the Plaintiff and McAllister, and the dismissal of the quid pro quo claim against the County (if such a claim can be read into the Amended Complaint).[3]

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
205 State Street
P.O. Box 808
Harrisburg, PA  17108-0808
(717) 238-4286
ATTORNEY FOR THE PLAINTIFF

---

[3] But not the hostile work environment claim.

*The Law Offices of SPERO T. LAPPAS*
*205 State Street*
*Post Office Box 808*
*Harrisburg, Pennsylvania  17108-0808*
*(717) 238-4286*

## CERTIFICATE OF SERVICE

*I hereby certify that on this date I served a true copy of the attached document upon the person(s) named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at Harrisburg, Pa.*

JAMES YOUNG, ESQUIRE
LAVERY, FAHERTY, YOUNG AND PATTERSON, PC
301 MARKET STREET
HARRISBURG, PA.   17108-1245

RALPH GODFREY, ESQUIRE
2311 NORTH FRONT STREET
HARRISBURG, PA.

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____

*April 12, 2002*