## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. RIGG,<br>      Plaintiff | : <br> : CIVIL ACTION NO.: 4:CV-01-0967 <br> : |
| vs. | : JUDGE RAMBO <br> : |
| COUNTY OF DAUPHIN,<br>DAUPHIN COUNTY SHERIFF'S<br>DEPARTMENT and<br>RALPH McALLISTER,<br>      Defendants | : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : |

FILED
HARRISBURG, PA

JUN 0 3 2002

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### O R D E R

AND NOW, this **3rd** day of **June**, 2002, upon consideration of the Defendants, County of Dauphin and Dauphin County Sheriff's Department's Concurred in Motion to further Revise Case Management Order, it is hereby ordered that:

(1) The Motion is granted.

(2) The deadline for completion of discovery is extended until June 14, 2002 for the limited purpose of completing Sheriff Lotwick's deposition.

(3) Dispositive motions and supporting briefs shall be filed no later than June 28, 2002.

(4) All other provisions of the April 1, 2002 Case Management Order remain in effect.

BY THE COURT:

Sylvia H. Rambo
U.S. District Court Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                              June 3, 2002
```

Re:   1:01-cv-00967     Rigg v. County of Dauphin

True and correct copies of the attached were mailed by the clerk to the following:

```
    Spero T. Lappas, Esq.
    205 State St.
    PO Box 808
    Harrisburg, PA   17108-0808

    Frank J. Lavery Jr., Esq.
    Lavery, Faherty, Young & Patterson, P.C.
    225 Market Street
    P.O. Box 1245
    Suite 304
    Harrisburg, PA   17108-1245     Fax No.: 17172337003


    James D. Young, Esq.
    Lavery, Faherty, Young & Patterson, P.C.
    301 Market St., Suite 800
    P.O. Box 1245
    Harrisburg, PA   17108-1245     Fax No.: 17172337003


    E. Ralph Godfrey, Esq.
    Metzger Wickersham Knauss & Erb, PC
    3211 N. Front St.
    Harrisburg, PA   17110    Fax No.: 17172349478
```

```
cc:
Judge                              (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                   ( )            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                        U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen    ( )   PA Atty Gen ( )
                                            DA of County  ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____       ( )
                                                  MARY E. D'ANDREA, Clerk

   DATE:    6/3/02                         BY: _____
                                                  Deputy Clerk
```