THE LAW OFFICES OF SPERO T. LAPPAS

205 STATE STREET
POST OFFICE BOX 808
HARRISBURG, PENNSYLVANIA 17108-0808

SPERO T. LAPPAS

AREA CODE 717
TELEPHONE 238-4286
FAX 238-4826

June 26, 2002

The Honorable Sylvia Rambo
United States Courthouse
Federal Building
Third & Walnut Streets
Harrisburg, PA 17108

FILED
HARRISBURG, PA

JUL 1 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re:    Cynthia Rigg v. Dauphin County, et al
       No. 4:CV-01-0967

Dear Judge Rambo:

I am writing to confirm the information which I gave to Kristen King on the morning of June 26 that this case has been settled by the parties. We are presently working on the settlement agreement but anticipate no problems.

I respectfully request that the Court issue your standard 60 day letter.

Thank you very much for your courtesies during this litigation.

Best regards.

Sincerely,

STL/vyc