*see all*

43
7/2/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. RIGG, | CIVIL NO. 1:CV-01-0967 |
| Plaintiff | |
| v. | |
| COUNTY OF DAUPHIN, DAUPHIN COUNTY SHERIFF'S DEPARTMENT, and RALPH McALLISTER, | |
| Defendants | |

FILED
HARRISBURG, PA

JUL 0 1 2002

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## ORDER

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

SYLVIA H. RAMBO
United States District Judge

Dated: July 1, 2002.

Certified from the record
Date 7-1-02
Mary E. D'Andrea, Clerk
Per_____
Deputy Clerk